UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROY LASSITER, JENNIFER PURIFOY, | § § § § | |
| Plaintiffs | § | |
| v. | § § | CIVIL ACTION NO. 2:07CV583-MEF |
| PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., as successor in interest to Pacificare Life & Health Company; ROBERT D. BELL and Fictitious Defendants "A" through "R" | § § § § § § § § | |
| Defendants | § | |

## NOTICE OF CONSENT TO REMOVAL BY DEFENDANT ROBERT D. BELL

COMES NOW Defendant Robert D. Bell, and reserving all rights to respond to this lawsuit, consents to the removal of this action from the Circuit Court of Bullock County, Alabama, to the United States District Court for the Middle District of Alabama.

Dated this 15th day of June, 2007.

Respectfully submitted,

**ROBERT D. BELL**

_[signature: Robert D Bell]_

NOTICE OF CONSENT TO REMOVAL – Solo Page
4786254v.1 128813/00209