UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROY LASSITER, JENNIFER PURIFOY,<br><br>Plaintiffs<br><br>v.<br><br>PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC., as successor in interest to Pacificare Life & Health Company; ROBERT D. BELL and Fictitious Defendants "A" through "R"<br><br>Defendants | CIVIL ACTION NO. 2:07CV583-MEF |

**DEFENDANTS PACIFICARE LIFE AND HEALTH INSURANCE COMPANY
AND UNITED HEALTHCARE SERVICES, INC.'S
CONFLICT DISCLOSURE STATEMENT**

COME NOW Defendants PacifiCare Life and Health Insurance Company and United HealthCare Services, Inc., through counsel, and in accordance with the order of this Court, submit this Conflict Disclosure Statement concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the General Order of the U.S. District Court, Middle District of Alabama, Civil Misc. No. 3047:

Defendant PacifiCare Life and Health Insurance Company is a corporation wholly owned by PacifiCare Health Plan Administrators, Inc., which is in turn wholly owned by PacifiCare Health Systems, LLC, which is in turn wholly owned by UnitedHealth Group Incorporated, a publicly traded entity. A complete list of affiliates for UnitedHealth Group Incorporated is attached hereto as Exhibit "A."

1

4786287v.1

Defendant United HealthCare Services, Inc. is a corporation wholly owned by UnitedHealth Group Incorporated, a publicly traded entity. A complete list of affiliates for UnitedHealth Group Incorporated is attached hereto as Exhibit "A."

Dated this 25th day of June, 2007.

Respectfully submitted,

/s/ 
Philip H. Butler (BUT007)
George B. Harris (HAR138)
William C. McGowin (MCG040)

OF COUNSEL

Bradley Arant Rose & White LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104
Telephone: (334) 956-7700
Facsimile: (334) 956-7701

Paula Denney
Texas State Bar No. 05746950
John K. Edwards
Texas State Bar No. 24002040
Kevin M. Page
Texas State Bar No. 24042971
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
Phone: 713-752-4200
Fax: 713-752-4221

ATTORNEYS FOR DEFENDANTS
PACIFICARE LIFE AND HEALTH INSURANCE COMPANY and UNITED HEALTHCARE SERVICES, INC.

4786287v.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Corporate Disclosure Statement has been furnished to all parties and counsel of record as listed below, by certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure on June 25th, 2007.

    Robert G. Methvin, Jr.
    J. Matthew Stephens
    Rodney E. Miller
    McCallum, Methvin & Terrell, P.C.
    The Highland Building
    2201 Arlington Avenue South
    Birmingham, AL 35205

    *Attorney for Plaintiffs*

    Robert D. Bell
    Route 1, Box 995
    Shellman, Georgia, 39886

/s/ W. C. M<sup>c</sup>Gowin
~~Phillip H. Butler~~
William C. M<sup>c</sup>Gowin

# Exhibit A

Case 2:07-cv-00583-MEF-WC     Document 3-2     Filed 06/25/2007     Page 1 of 4

4786287v.1

# UnitedHealth Group Incorporated and its Affiliated Entities
## as of January 2007

ACN Group IPA of New York, Inc.
ACN Group of California, Inc.
ACN Group, Inc.
Advana, Inc.
Alere Medical Incorporated
All Savers Insurance Company
American Medical Security Group, Inc.
American Medical Security Life Insurance Company
AmeriChoice Alliance, Inc.
AmeriChoice Behavioral Healthcare, Inc.
AmeriChoice Corporation
AmeriChoice Health Services, Inc.
AmeriChoice of New Jersey, Inc.
AmeriChoice of New York, Inc.
AmeriChoice of Pennsylvania, Inc.
Aperture Credentialing, Inc.
Arizona Physicians IPA, Inc.
Arnett Health Plans, Inc.
Arnett HMO, Inc.
Arnett Practice Association, LLC
Aspire Global Support Services Private Limited
Behavioral Health Administrators
ClinPharm International Limited (UK)
Commonwealth Physicians Services Corporation
Coordinated Vision Care, Inc.
DBP-KAI, Inc.
DCG Holdings, Inc.
DCG Resource Options, LLC
Definity Health Corporation
Definity Health of New York, Inc.
Dental Benefit Providers of California, Inc.
Dental Benefit Providers of Illinois, Inc.
Dental Benefit Providers of Maryland, Inc.
Dental Benefit Providers, Inc.

Dental Insurance Company of America
Disability Consulting Group, LLC
Distance Learning Network, Inc.
Duncan Printing Services, LLC
Electronic Network Systems, Inc.
Envision Care Alliance Inc.
Evercare Collaborative Solutions, Inc.
Evercare Connections, Inc.
Evercare Hospice Foundation
Evercare Hospice of Collier County, Inc.
Evercare Hospice of Manatee County, Inc.
Evercare Hospice, Inc.
Evercare of Arizona, Inc.
EverCare of New York, IPA, Inc.
Evercare of Texas, L.L.C.
Exante Bank, Inc.
Exante Financial Services, Inc.
FHP Reinsurance Limited
Fidelity Benefit Administrators Inc.
Fidelity Insurance Group Inc.
FirstCall, Inc.
Frederick Associates, LLC
GeoAccess, Inc.
Golden Rule Financial Corporation
Golden Rule Insurance Company
Great Lakes Health Plan, Inc.
H & W Indemnity, Ltd.
Health Care Administrators, Inc.
HealthAllies, Inc.
Hillcrest LLC
Hillcrest Plaza II LLC
HomeCall Hospice Services Foundation, Inc.
HomeCall Pharmaceutical Services, Inc.
HomeCall, Inc.
HSS, Inc.
HWT, Inc.
Hygeia Corporation

Hygeia Corporation
Hygeia Holdco
i3 Poland Sp.z.o.o.
i3 Research Limited
IBA Health and Life Assurance Company
IBA Self Funded Group, Inc.
Illinois Pacific Dental, Inc.
Information Network Corporation
Ingenix Health Intelligence, Inc.
Ingenix International (Czech Republic) s.r.o.
Ingenix International (Finland) Oy
Ingenix International (Hong Kong) Limited
Ingenix International (Italy) S.r.l.
Ingenix International (Netherlands) BV
Ingenix International Magyarorszag Kft. (Hungary)
Ingenix Pharmaceutical Services (Australia) Pty. Limited
Ingenix Pharmaceutical Services (Deutschland) GmbH
Ingenix Pharmaceutical Services (France) SARL
Ingenix Pharmaceutical Services (RSA)(Proprietary) Limited
Ingenix Pharmaceutical Services (Spain) S.L.
Ingenix Pharmaceutical Services (Sweden) AB
Ingenix Pharmaceutical Services (UK) Limited
Ingenix Pharmaceutical Services d.o.o.
Ingenix Pharmaceutical Services de Argentina S.R.L.
Ingenix Pharmaceutical Services, Inc.
Ingenix Public Sector Solutions, Inc.
Ingenix Publishing, Inc.
Ingenix, Inc.
Innovus Research (U.K.) Limited
Innovus Research (U.S.) Inc.
Integrated Healthcare Information Services, Inc.

A-1

# UnitedHealth Group Incorporated and its Affiliated Entities
## as of January 2007

Investors Guaranty Life Insurance Company

Lemhi Corporation

LifeEra, Inc.

Lifemark Corporation

MAMSI Insurance Resources, LLC

MAMSI Life and Health Insurance Company

Managed Physical Network, Inc.

MD-Individual Practice Association, Inc.

MD-IPA Surgicenter, Inc.

Medical Network, Inc.

MediExpress (Malaysia) Sdn. Bhd.

Metis Insurance Brokers Private Limited

Mid Atlantic Medical Services, LLC

Midwest Security Administrators, Inc.

Midwest Security Care, Inc.

Midwest Security Holding, Inc.

Midwest Security Life Insurance Company

MLH Life Trust

National Benefit Resources, Inc.

National Pacific Dental, Inc.

Neighborhood Health Partnership, Inc.

Nevada Pacific Dental, Inc.

NPD Dental Services, Inc.

NPD Insurance Company, Inc.

NWH, Inc.

Omega Insurance Advisors Private Limited

On-Call Medical Services, P.C.

OneNet PPO, LLC

Optimum Choice, Inc.

Optimum Choice, Inc. of Pennsylvania

Optum Group, LLC

Ovations, Inc.

Oxford Aviation, Inc.

Oxford Benefit Management, Inc.

Oxford Health Insurance, Inc.

Oxford Health Plans (CT), Inc.

Oxford Health Plans (NJ), Inc.

Oxford Health Plans (NY), Inc.

Oxford Health Plans, Inc. Committee New York Committee for Quality Health Care

Oxford Health Plans, Inc. Connecticut Committee for Quality Health Care

Oxford Health Plans, LLC

Pacific Pharma Partners Pte Ltd.

Pacific Union Dental, Inc.

PacifiCare Behavioral Health NY IPA, Inc.

PacifiCare Behavioral Health of California, Inc.

PacifiCare Behavioral Health, Inc.

PacifiCare Dental

PacifiCare Dental of Colorado, Inc.

PacifiCare eHoldings, Inc.

PacifiCare Health Plan Administrators, Inc.

PacifiCare Health Systems Foundation

PacifiCare Health Systems, LLC

PacifiCare Insurance Company

PacifiCare International Limited

PacifiCare Life and Health Insurance Company

PacifiCare Life Assurance Company

PacifiCare of Arizona, Inc.

PacifiCare of California

PacifiCare of Colorado, Inc.

PacifiCare of Nevada, Inc.

PacifiCare of Oklahoma, Inc.

PacifiCare of Oregon, Inc.

PacifiCare of Texas, Inc.

PacifiCare of Washington, Inc.

PacifiCare Southwest Operations, Inc.

PacificDental Benefits, Inc.

Passport Coast-To-Coast LLC

PhilamCare Health Systems, Inc.

Physicians Health Plan of Maryland, Inc.

Physicians Medical Group, Inc.

Preferred Chiropractors of California

ProcessWorks, Inc.

PsychCME, Inc.

Revolution Health Systems, Inc.

Rooney Life Insurance Company

RxSolutions, Inc.

Salveo Holding, LLC

Salveo Insurance Company, Ltd.

SecureHorizons USA, Inc.

SeniorCo, Inc.

Sierra Chiropractic, Inc.

Southwest Michigan Health Network, Inc.

Special Risk International, Inc.

Specialized Care Services, Inc.

Specialty Resource Services, Inc.

Spectera of New York, IPA, Inc.

Spectera Vision Services of California, Inc.

Spectera Vision, Inc.

Spectera, Inc.

STATPROBE, Inc.

Symmetry Health Data Systems, Inc.

U.S. Behavioral Health Plan, California

UHC International Holdings, Inc.

UHC International Services, Inc.

UHCS 2000 Charitable Remainder Trust One

UHIC Holdings, Inc.

Unimerica Insurance Company

Unimerica Life Insurance Company of New York

Union Health Solutions, Inc.

Uniprise, Inc.

United Behavioral Health

United Behavioral Health of New York, I.P.A., Inc.

# UnitedHealth Group Incorporated and its Affiliated Entities
## as of January 2007

- United Health Connect Sdn. Bhd.
- United Health Foundation
- United HealthCare Insurance Company
- United HealthCare Insurance Company of Illinois
- United HealthCare Insurance Company of New York
- United HealthCare Insurance Company of Ohio
- United Healthcare International Mauritius Limited
- United HealthCare of Alabama, Inc.
- United HealthCare of Arizona, Inc.
- United HealthCare of Arkansas, Inc.
- United HealthCare of Colorado, Inc.
- United HealthCare of Florida, Inc.
- United HealthCare of Georgia, Inc.
- United HealthCare of Kentucky, Ltd.
- United HealthCare of Louisiana, Inc.
- United HealthCare of Mississippi, Inc.
- United HealthCare of Ohio, Inc.
- United HealthCare of Tennessee, Inc.
- United HealthCare of Texas, Inc.
- United HealthCare of the Midlands, Inc.
- United HealthCare of the Midwest, Inc.
- United HealthCare of Utah
- United HealthCare Products, LLC
- United HealthCare Service LLC
- United HealthCare Services, Inc.
- United Medical Resources, Inc.
- United Resource Networks IPA of New York, Inc.
- United Resource Networks, Inc.
- UnitedHealth Advisors, LLC
- UnitedHealth Capital, LLC
- UnitedHealth Europe Limited
- UnitedHealth Group Finance Company, Inc.
- UnitedHealth Group Incorporated
- UnitedHealth Group International, Inc.
- UnitedHealth Networks, Inc.
- UnitedHealth Primary Care Limited
- UnitedHealth Primary Care Plus Limited
- UnitedHealthcare Alliance LLC
- UnitedHealthcare Asia Limited (the name amended to include Chinese translation)
- UnitedHealthcare Children's Foundation, Inc.
- UnitedHealthcare India Private Limited
- UnitedHealthcare Insurance Company of the River Valley
- UnitedHealthcare International Asia, LLC
- UnitedHealthcare International Malaysia Sdn. Bhd.
- UnitedHealthcare of Illinois, Inc.
- UnitedHealthcare of New England, Inc.
- UnitedHealthcare of New York, Inc.
- UnitedHealthcare of North Carolina, Inc.
- UnitedHealthcare of the Mid-Atlantic, Inc.
- UnitedHealthcare of Wisconsin, Inc.
- UnitedHealthcare Plan of the River Valley, Inc.
- UnitedHealthcare Services Company of the River Valley, Inc.
- UnitedHealthcare, Inc.
- UnitedHealthOne Agency, Inc.
- Validus II Executive Fund L.P.
- Validus II L.P.
- Validus L.P.
- Validus Partners II L.L.C.
- Validus Partners L.L.C.
- WaterPoint Benefits Advisers LLC