UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **ROY LASSITER, JENNIFER PURIFOY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 2:07-cv-583-MEF |
| v. ) | |
| ) | |
| **PACIFICARE LIFE & HEALTH INSURANCE COMPANY, UNITED HEALTHCARE SERVICES, INC.,** ) as successor in interest to Pacificare Life & Health Company**; ROBERT D. BELL, et al** | |

Defendants

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■  This party is an individual, or

☐  This party is a governmental entity, or

☐  There is no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

Reportable Entity                             Relationship to Party

No reportable entities                        _____
_____

_____                        _____

| | |
|---|---|
| June 27, 2007 | /s/ J. Matthew Stephens |
| Date | Counsel |
| | Roy Lassiter and Jennifer Purifoy |
| | Counsel for (print names of all parties) |
| | |
| | 2201 Arlington Ave. S., Birmingham, AL 35205 |
| | Address, City, State, Zip Code |
| | |
| | (205) 939-0199 |
| | Telephone Number |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

BRADLEY, ARANT, ROSE & WHITE, LLP
The Alabama Center for Commerce
401 Adams Avenue, Suite 780
Montgomery, AL 36104

Paula Denney
John K. Edwards
Kevin Page
JACKSON WALKER L.L.P
1401 McKinney, Suite 1900
Houston, TX 77010

      I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

ROBERT D. BELL
Route 1 Box 995
Shellman, GA 39886

/s/ J. Matthew Stephens
**J. Matthew Stephens (STE153)**
MCCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205