IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LASSITER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-583-MEF |
| ) | |
| PACIFICARE LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the Defendants' Motion to Stay or Abate Proceedings and Compel Arbitration (Doc. #7) filed on June 29, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before July 18, 2007

2. The defendants may file a reply brief on or before July 25, 2007.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE