IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LASSITER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-583-MEF |
| ) | |
| PACIFICARE LIFE AND HEALTH ) | |
| INSURANCE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #9) filed on July 17, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before July 31, 2007. The plaintiffs may file a reply brief on or before August 7, 2007.

DONE this the 18th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE