IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROY LASSITER, *et al.,*                    )
                                           )
      Plaintiffs,                     )
v.                                         )    CASE NO. 2:07-cv-583-MEF
                                           )
PACIFICARE LIFE AND HEALTH                 )
INSURANCE COMPANY, *et al.,*               )
                                           )
      Defendants.                     )

# **O R D E R**

Upon consideration of the defendants' Motion to Leave of Court to File Defendants'

Sur-Reply to Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Remand (Doc.

#17) filed on August 17, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 31st day of August, 2007.

                                       /s/ Mark E. Fuller
                         CHIEF UNITED STATES DISTRICT JUDGE